

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-16-00128-CV
_____

IN THE INTEREST OF C.G.H., K.W. AND B.W., CHILDREN

_____

On Appeal from the 222nd District Court
Deaf Smith County, Texas
Trial Court No. DR-14G-094, Honorable Roland D. Saul, Presiding

_____

April 15, 2016

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellants, B.W. and T.W., filed separate notices of appeal in the above-referenced cause without paying the requisite filing fee. By letters dated March 30, 2016, this court directed Appellants to pay the filing fee or file an affidavit of indigence in compliance with Rule 20.1(b) of the appellate rules by April 11, 2016, or the appeal would be subject to dismissal without further notice. TEX. R. APP. P. 42.3(c) (stating that an appellate court may dismiss an appeal because the appellant failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time). To date, Appellants have not paid the filing fee. Nor have Appellants filed an affidavit of indigence. Nor have they contacted

this court regarding the directives in our March 30, 2016 letter. Furthermore the deadline set in that letter has lapsed.

Because Appellants have failed to comply with a court order and notice from the clerk requiring a response within a specified time, we dismiss the proceeding pursuant to Texas Rule of Appellate Procedure 42.3(c).


Per Curiam